IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHAD ROBERT HUGHES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 23-CR-4053<br><br>**INDICTMENT**<br><br>**Count 1**<br>  21 U.S.C. § 841(a)(1)<br>  21 U.S.C. § 841(b)(1)(A)<br>  21 U.S.C. § 841(b)(1)(B)<br>  Possession with Intent to Distribute<br>  a Controlled Substance |

The Grand Jury charges:

## Count 1

### Possession with Intent to Distribute a Controlled Substance

On or about June 24, 2023, in the Northern District of Iowa, defendant CHAD ROBERT HUGHES did knowingly and intentionally possess with intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine and 50 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance.

This was in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and 841(b)(1)(B).

TIMOTHY T. DUAX
United States Attorney

By: _/signature/_

SHAWN S. WEHDE
Assistant United States Attorney

A TRUE BILL

/s/Foreperson
Grand Jury Foreperson

8/16/23
Date

PRESENTED IN OPEN COURT
BY THE
FOREMAN OF THE GRAND JURY

AUG 1 6 2023

And filed
PAUL DE YOUNG, CLERK